UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES KACOURIS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., MARK E. ZUCKERBERG and DAVID M. WEHNER, <br><br> Defendants. | Case No. 1:18-cv-06765-RJS <br><br> <u>CLASS ACTION</u> <br><br> **STIPULATION AND [PROPOSED] ORDER VACATING LEAD PLAINTIFF DEADLINE, ORDERING ISSUANCE OF CORRECTED NOTICE, AND TRANSFERRING CASES** |

Intervenors, the Public Employees' Retirement System of Mississippi ("Mississippi") and Amalgamated Bank, as Trustee for the LV LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund, ("Amalgamated," and together with Mississippi, "Lead Plaintiff"), plaintiffs James Kacouris ("Kacouris") and Fern Helms ("Helms"), and Defendants Facebook, Inc. ("Facebook"), Mark E. Zuckerberg, David M. Wehner and Sheryl K. Sandberg (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to the following:

1. WHEREAS, plaintiff Fan Yuan filed a securities class action on behalf of investors in Facebook, Inc. in the Northern District of California on March 20, 2018, captioned *Yuan v. Facebook, Inc.*, No. 5:18-cv-01725 ("*Yuan*"), and published notice of the pendency of that action the same day, providing for a May 21, 2018 deadline for seeking appointment as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA");

2. WHEREAS, plaintiff Ernestine Bennett filed a securities class action on behalf of investors in Facebook in the Northern District of California on March 27, 2018, captioned *Bennett v. Facebook, Inc.*, No. 5:18-cv-01868 ("*Bennett*"), and published notice of the pendency of that

action and alerting investors to the May 21, 2018 statutory deadline for seeking appointment as lead plaintiff;

3. WHEREAS, several motions for appointment of lead plaintiff, appointment of lead counsel, and consolidation were filed on the May 21, 2018 statutory deadline, including motions filed by Mississippi and by Amalgamated;

4. WHEREAS, on August 3, 2018, Judge Edward J. Davila consolidated *Yuan* and *Bennett*, as well as any pending, subsequently filed, removed, or transferred securities class actions that are related to the claims asserted in those actions under the caption *In re Facebook, Inc. Securities Litigation*, No. 5:18-cv-01725-EJD (N.D. Cal.) (the "Facebook Securities Litigation"), and appointed Mississippi and Amalgamated as Lead Plaintiff of the consolidated action pursuant to the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B);

5. WHEREAS, Judge Davila ordered Lead Plaintiff Mississippi and Amalgamated to file a consolidated complaint in the Facebook Securities Litigation by September 17, 2018;

6. WHEREAS, Lead Plaintiff has represented that its consolidated complaint will include allegations relating to Facebook's July 25, 2018 reported financial and operating results, earnings call and related disclosures;

7. WHEREAS, on July 27, 2018, Kacouris and Helms filed securities class actions against Facebook in the Southern District of New York captioned *Kacouris v. Facebook, Inc.*, No. 1:18-cv-06765 ("*Kacouris*") and *Helms v. Facebook, Inc.*, No. 1:18-cv-06774 ("*Helms*"), which included allegations relating to Facebook's July 25, 2018 reported financial and operating results, earnings call and related disclosures;

8.  WHEREAS, counsel for Kacouris and Helms published notice of the pendency of their respective actions on July 27, 2018 stating that the deadline to move for appointment as lead plaintiff is September 25, 2018;

9.  WHEREAS, on August 9, 2018, Lead Plaintiff filed a letter requesting a pre-motion conference concerning their anticipated motion to intervene for the limited purpose of requesting that the Court vacate the September 25, 2018 lead plaintiff deadline, permit Lead Plaintiff to publish a corrected notice explaining that the lead plaintiff deadline for these actions expired on May 21, 2018, and to transfer *Kacouris* and *Helms* to the Northern District of California to be consolidated with the existing Facebook Securities Litigation;

10. WHEREAS, on August 29, 2018, the Parties attended the pre-motion conference and presented their views on the relatedness of the actions, the merits of vacating or holding in abeyance the September 25, 2018 lead plaintiff deadline, and whether transfer would promote efficiency and further the interests of justice;

11. WHEREAS, on August 29, 2018, the Court consolidated *Kacouris* and *Helms* pursuant to Rule 42 of the Federal Rules of Civil Procedure (the "consolidated *Kacouris* action");

12. WHEREAS, on August 29, 2018, the Court granted Lead Plaintiff's motion to intervene for the limited purpose of moving to stay the time for interested parties to move for appointment as lead plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(A)(i)(II);

13. WHEREAS, on August 31, 2018, Lead Plaintiff filed a letter brief regarding the Court's authority to stay or vacate the September 25, 2018 lead plaintiff deadline and the merits of issuing a stay;

14. WHEREAS, counsel for Helms and Kacouris have reviewed the August 31, 2018 letter brief filed by Lead Plaintiff, and the Parties have otherwise discussed their respective positions;

15. WHEREAS, *Kacouris* and *Helms* could have been brought in the Northern District of California, and relevant witnesses, documents, and other sources of proof are believed to be located in the Northern District of California, including at Facebook's headquarters in Menlo Park, California; and

16. WHEREAS, transfer would promote efficiency and judicial economy.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, subject to the Court's approval, as follows:

17. The September 25, 2018 lead plaintiff deadline noticed by counsel in the consolidated *Kacouris* action is vacated and any motions seeking appointment as lead plaintiff in a securities class action against Facebook filed in response to that notice or any similar notices will be deemed untimely;

18. Lead Plaintiff shall issue a notice substantially similar to the notice attached as Exhibit A hereto stating that the September 25, 2018 deadline is vacated, that the deadline to serve as lead plaintiff in the Facebook Securities Litigation expired on May 21, 2018, and that any motions to serve as lead plaintiff in the consolidated *Kacouris* action or any pending or subsequently filed securities class action that is related to the claims in the Facebook Securities Litigation are untimely and will not be considered;

19. *Kacouris* and *Helms* are transferred to the Northern District of California pursuant to 28 U.S.C. § 1404(a) as the actions could have been brought in that District and transfer will promote the goals of convenience and efficiency and further the interests of justice; and

20. Promptly following transfer, Lead Plaintiff shall file an administrative motion to relate *Kacouris* and *Helms* to the Facebook Securities Litigation, and the Parties agree that they will facilitate and not oppose consolidation of *Kacouris* and *Helms* with the Facebook Securities Litigation.

IT IS SO STIPULATED.

Dated: September 6, 2018       **BERNSTEIN LITOWITZ BERGER**
                                                **& GROSSMANN LLP**

                                                Gerald H. Silk
                                                1251 Avenue of the Americas
                                                New York, NY 10020
                                                Tel: (212) 554-1400
                                                Fax: (212) 554-1444
                                                jerry@blbglaw.com

                                                *Counsel for Lead Plaintiff Mississippi and*
                                                *Co-Lead Counsel for the Class*

Dated: September 6, 2018       **ROBBINS GELLER RUDMAN**
                                                **& DOWD LLP**

                                                David A. Rosenfeld   /with permission/
                                                58 S. Service Road, Suite 200
                                                Melville, NY 10007
                                                Tel: (631) 367-7100
                                                Fax: (631) 367-1173
                                                drosenfeld@rgrdlaw.com

                                                *Counsel for Lead Plaintiff Amalgamated and*
                                                *Co-Lead Counsel for the Class*

Dated: September 6, 2018       **POMERANTZ LLP**

                                                Jeremy A. Lieberman   /with permission/
                                                J. Alexander Hood II
                                                600 Third Avenue, 20th Floor
                                                New York, New York 10016
                                                Tel: (212) 661-1100
                                                Fax: (212) 661-8665
                                                jalieberman@pomlaw.com
                                                ahood@pomlaw.com

                                                *Counsel for Kacouris*

Dated: September 6, 2018

**PIERCE BAINBRIDGE BECK PRICE & HECHT LLP**

_/s/ Maxim Price_ /with permission mlh

Maxim Price
Claiborne R. Hane
20 West 23rd Street, Fifth Floor
New York, NY 10010
Tel: (213) 262-9333
mprice@piercebainbridge.com
chane@piercebainbridge.com

*Counsel for Helms*

Dated: September 6, 2018

**GIBSON, DUNN & CRUTCHER LLP**

_/s/ Orin Snyder_ /w. permission mlh

Orin Snyder
200 Park Avenue
New York, NY 10166-0193
Tel: (212) 351-4000
Fax: (212) 351-4035
osnyder@gibsondunn.com

*Counsel for Defendants*

\*   \*   \*

### [PROPOSED] ORDER GRANTING STIPULATION

Pursuant to stipulation and for good cause shown, IT IS SO ORDERED.

DATED: September 7, 2018

_____
THE HONORABLE RICHARD J. SULLIVAN

7

# EXHIBIT A

**FOR IMMEDIATE RELEASE: THE COURT-APPOINTED LEAD PLAINTIFF IN *IN RE FACEBOOK, INC. SECURITIES LITIGATION* ANNOUNCES CLARIFICATION OF DEADLINE FOR SEEKING APPOINTMENT AS LEAD PLAINTIFF**

Pursuant to an order issued by the United States District Court for the Southern District of New York, Bernstein Litowitz Berger & Grossmann LLP ("BLB&G"), on behalf of the Public Employees' Retirement System of Mississippi ("Mississippi"), and Robbins Geller Rudman & Dowd LLP ("RGR&D"), on behalf of Amalgamated Bank, as Trustee for the LV LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund ("Amalgamated," and together with Mississippi, "Lead Plaintiff"), the Court-appointed Lead Plaintiff in the consolidated securities class action against Facebook, Inc. ("Facebook" or the "Company") (NASDAQ: FB) and certain of its senior executives, publish this notice to clarify that the deadline to seek appointment as lead plaintiff in the securities class action against Facebook has expired.

This clarification corrects information in notices previously published by the law firms Pomerantz LLP and Pierce Bainbridge Beck Price & Hecht LLP on July 27, 2018. In particular, the notice published by Pomerantz LLP stated that there was a September 25, 2018 deadline to seek appointment as lead plaintiff (the "July 27, 2018 Notice"). Pursuant to an order issued by the Honorable Richard J. Sullivan of the United States District Court for the Southern District of New York, those notices are now vacated and the deadline for any motions seeking appointment as lead plaintiff in the related securities class actions on behalf of Facebook investors expired on May 21, 2018. Therefore, any motions seeking appointment as lead plaintiff filed after the May 21, 2018 statutory deadline, including any motions filed in response to the July 27, 2018 Notice, will be deemed untimely and will not be considered.

The securities class action against Facebook alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, as well as Rule 10b-5 promulgated thereunder. Specifically, the action alleges that Facebook and certain of its senior executives misled investors regarding the effect of the Company's data protection practices, policies, and compliance efforts on its business and financial results. The action alleges that the truth first began to be revealed in March 2018 when newspapers and other media outlets reported that Facebook had breached its own privacy and data protection policies, including by allowing a political strategy firm, Cambridge Analytica, to misappropriate and misuse the data of 50 million—later revised to 87 million—Facebook users between 2013 and 2015. The action alleges that these reports triggered government investigations into the Company's misconduct and led to declines in the price of Facebook's stock amid concerns that Facebook's misuse of user data could dramatically impact Facebook's user numbers and business. Lead Plaintiff in the action further plans to allege that on July 25, 2018, Facebook issued its financial results for the second quarter of 2018, and revealed additional facts concerning the Company's privacy and data compliance practices and the impact of this misconduct on the Company's business, which the action will allege triggered additional significant declines in Facebook's share price.

The consolidated securities class action arising out of these allegations, *In re Facebook Securities Litigation*, No. 5:18-cv-01725-EJD (N.D. Cal.), is pending before the Honorable Edward J. Davila in the United States District Court for the Northern District of California. Two related actions,

*Kacouris v. Facebook, Inc.*, No. 1:18-cv-06765 (S.D.N.Y.) and *Helms v. Facebook, Inc.*, No. 1:18-cv-06774 (S.D.N.Y.), were filed in the United States District Court for the Southern District of New York. Pursuant to the order issued by Judge Sullivan, *Kacouris* and *Helms* are being transferred to the Northern District of California, and the parties expect that, upon transfer, *Kacouris* and *Helms* will be promptly consolidated under *In re Facebook Securities Litigation*, No. 5:18-cv-01725-EJD (N.D. Cal.) pending before Judge Davila.

Additional information concerning the Facebook securities class action is available on the federal court dockets cited above. If you wish to discuss this action or have any questions concerning this notice or your rights or interests, you may contact co-Lead Counsel Bernstein Litowitz Berger & Grossmann LLP or Robbins Geller Rudman & Dowd LLP using the information provided below.

CONTACT:

John C. Browne
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas, 44th Floor
New York, New York 10020
(212) 554-1398
johnb@blbglaw.com

Dennis J. Herman
Robbins Geller Rudman & Dowd LLP
One Montgomery Street
San Francisco, California 94104
(415) 288-4545
dennish@rgrdlaw.com